JOSEPH DONATO, Respondent, v. JOHN E. PITMAN, Appellant.— Judgment

and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.